UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| SIDNEY LEWIS, JR. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| BRENTON BRENT, individually and in his official capacity as a Community Code Supervisor for the City of Rocky Mount, North Carolina; JONATHAN L. BOONE individually and in his official capacity as the Director of Public Works and Water Resources for the City of Rocky Mount, North Carolina; and CITY OF ROCKY MOUNT, NORTH CAROLINA | ) ) ) ) ) ) ) ) ) ) | No. 4:16-CV-79-FL |
|     Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 5, 2018, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted. Defendant Rocky Mount is AWARDED $52,935.12, plus postjudgment interest at the legal rate until the judgment is paid in full.

**This Judgment Filed and Entered on September 5, 2018, and Copies To:**

Sidney Lewis, Jr. (via U.S. Mail) 319 Marigold Street, Rocky Mount, NC 27801
J. Nicholas Ellis (via CM/ECF Notice of Electronic Filing)

September 5, 2018                PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk